UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

---------------------------------------------------------------x
                                              :
*In re:*                                      :  **Chapter 11**
                                              :
**GT ADVANCED TECHNOLOGIES INC.,** *et al.,*  :  **Case No. 14-_____ (____)**
                                              :
**Debtors.**[1]                               :
                                              :  **Joint Administration Requested**
---------------------------------------------------------------x

## CONSOLIDATED LIST OF CREDITORS HOLDING
## THE 30 LARGEST UNSECURED CLAIMS

The following is a list of creditors holding the 30 largest unsecured claims against GT Advanced Technologies Inc. ("GTAT") and its affiliated debtors and debtors in possession in these chapter 11 cases (collectively the, "Debtors"). This list has been prepared on a consolidated basis from the Debtors' unaudited books and records, as of October 6, 2014. The list has been prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in these chapter 11 cases. This list does not include (a) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (b) parties holding secured claims. The information herein shall not constitute an admission of liability by, nor is it binding on, any Debtors with respect to all or any portion of the claims listed below. Moreover, nothing herein shall affect any Debtors' right to challenge the amount, priority or characterization of any claim at a later date.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: GT Advanced Technologies Inc. (6749), GTAT Corporation (1760), GT Advanced Equipment Holding LLC (8329), GT Equipment Holdings, Inc. (0040), Lindbergh Acquisition Corp. (5073), GT Sapphire Systems Holding LLC (4417), GT Advanced Cz LLC (9815), GT Sapphire Systems Group LLC (5126), and GT Advanced Technologies Limited (1721). The Debtors' corporate headquarters are located at 243 Daniel Webster Highway, Merrimack, NH 03054.

| Name of Creditor | Name, Telephone Number and Complete Mailing Address Including Zip Code of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim |
|---|---|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION | ATTN: HAZRAT RAY HANIFF ASSISTANT VICE PRESIDENT & ACCOUNT MANAGER AS TRUSTEE 100 WALL STREET, SUITE 1600 NEW YORK, NY 10005 UNITED STATES | 3.00% Convertible Senior Notes Due 2017 | | $220,000,000 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: HAZRAT RAY HANIFF ASSISTANT VICE PRESIDENT & ACCOUNT MANAGER AS TRUSTEE 100 WALL STREET, SUITE 1600 NEW YORK, NY 10005 UNITED STATES | 3.00% Convertible Senior Notes Due 2020 | | $214,000,000 |
| MANZ | ATTN: DIETER MANZ CHIEF EXECUTIVE OFFICER STEIGAECKERSTRASSE 5 REUTLINGEN, 72768 GERMANY | Trade Payables | | $21,281,149 |
| TERA XTAL CORPORATION | ATTN: CHIEF FINANCIAL OFFICER HSINCHU SCIENCE PARK NO. 9-1, PARK AVENUE 2 HSINCHU, 30075 TAIWAN | Contract Dispute | | $17,493,318 |
| PLANSEE SE | ATTN: DR. MICHAEL SCHWARZKOPF CHAIRMAN OF THE EXECUTIVE BOARD METALLWERK PLANSEE STRASSE 71, 1234 AUSTRIA | Trade Payables | | $14,236,439 |

| | | | | |
|---|---|---|---|---|
| MBT SYSTEMS LTD. | ATTN: PETER PAULI<br>CHIEF EXECUTIVE OFFICER<br>309 ROUTE 94<br>COLUMBIA, NJ 07832<br>UNITED STATES | Trade Payables | | $7,269,058 |
| ELMET TECHNOLOGIES | ATTN: ERIC SCHEINERMAN<br>CHIEF EXECUTIVE OFFICER<br>1560 LIBSON STREET<br>LEWISTON, ME 04240<br>UNITED STATES | Trade Payables | | $6,162,596 |
| HEBEI HENGBO FINE CERAMICS MATERIAL | ATTN: CHIEF FINANCIAL OFFICER<br>LUOZHUANG INDUSTRIAL, QUZHOU COUNTY<br>HANDAN CITY, 056000<br>CHINA | Trade Payables | | $6,058,000 |
| SANMINA CORPORATION | ATTN: JURE SOLA<br>CHAIRMAN AND CHIEF EXECUTIVE OFFICER<br>2700 NORTH FIRST STREET<br>SAN JOSE, CA 95134<br>UNITED STATES | Trade Payables | | $4,178,901 |
| SUMITOMO ELECTRIC USA INC. | ATTN: CHIEF FINANCIAL OFFICER<br>21241 S. WESTERN AVE., SUITE #120<br>TORRANCE, CA 90501<br>UNITED STATES | Trade Payables | | $3,752,540 |
| GRAFTECH INTERNATIONAL HOLDINGS INC. | ATTN: ERICK R. ASMUSSEN<br>CHIEF FINANCIAL OFFICER<br>12900 SNOW ROAD<br>PARMA, OH 44130<br>UNITED STATES | Trade Payables | | $3,329,061 |
| BENCHMARK ELECTRONICS DE MÉXICO, S. DE R.L. DE C.V. | ATTN: CHIEF FINANCIAL OFFICER<br>A, CIRCUITOS DE LA PRODUCTIVDAD 132<br>PARQUE INDUSTRIAL GUADALAJARA<br>EL SALTO, JALISCO, 45690<br>MEXICO | Trade Payables | | $3,184,810 |
| INTEGO GMBH | ATTN: DR. PETER PLANKENSTEINER<br>MANAGING DIRECTOR<br>HENRI DUNANT STR. 8<br>ERLANGEN, 91058<br>GERMANY | Trade Payables | | $2,455,793 |

| | | | | |
|---|---|---|---|---|
| H.C STARCK INC. | ATTN: JOHN NOTEMAN VICE PRESIDENT OF SALES, AMERICAS 45 INDUSTRIAL PLACE NEWTON, MA 02461-1951 UNITED STATES | Trade Payables | | $2,338,108 |
| SGL CARBON, LLC | ATTN: CHIEF FINANCIAL OFFICER 10130 PERIMETER PARKWAY SUITE 500 CHARLOTTE, NC 28216 UNITED STATES | Trade Payables | | $2,294,679 |
| SAS CO, LTD. | ATTN: CHIEF FINANCIAL OFFICER 666-153, BONGAM-DONG MASAN-SI, KYUNGNAM, KOREA, REPUBLIC OF | Trade Payables | | $2,194,162 |
| DIAMOND MATERIALS TECH, INC. | ATTN: TOM DEVINE CHIEF EXECUTIVE OFFICER 3505 N. STONE AVE. COLORADO SPRINGS, CO 80907 UNITED STATES | Trade Payables | | $2,006,701 |
| T&D MATERIALS MANUFACTURING LLC | ATTN: MIN YU PRESIDENT 1101 SUSSEX BLVD, SUITE 2 BROOMALL, PA 19008 UNITED STATES | Trade Payables | | $1,945,140 |
| AEROTEK INC | ATTN: TODD M. MOHR PRESIDENT 7301 PARKWAY DRIVE SOUTH HANOVER, MD 21076 UNITED STATES | Trade Payables | | $1,943,069 |
| ULTRA CLEAN MICRO-ELECTRONICS EQUIP | ATTN: CHIEF FINANCIAL OFFICER (SHANGHAI) CO., LTD BLDG. 56,369 CHUANG YE RD, KANGQIAO SHANGHAI, 201315 CHINA | Trade Payables | | $1,883,812 |
| ULTRA CLEAN TECHNOLOGY | ATTN: CLARENCE GRANGER CHAIRMAN & CHIEF EXECUTIVE OFFICER 2642 CORPORATE AVENUE HAYWARD, CA 94545 UNITED STATES | Trade Payables | | $1,834,145 |

| | | | | |
|---|---|---|---|---|
| NESCO RESOURCE | ATTN: CHIEF FINANCIAL OFFICER 4500 S. LAKESHORE DR. TEMPE, AZ 85282 UNITED STATES | Trade Payables | | $1,752,584 |
| SUMITOMO (SHI) CRYOGENICS | ATTN: DAVID DEDMAN PRESIDENT AND CHIEF EXECUTIVE OFFICER OF AMERICA, INC. 1833 VULTEE STREET, ALLENTOWN, PA 18103 UNITED STATES | Trade Payables | | $1,741,095 |
| AEG POWER SUPPLY SYSTEMS GMBH | ATTN: CHIEF FINANCIAL OFFICER EMIL-SIEPMANN-STR 32 WARSTEIN-BELECKE, 59581 GERMANY | Trade Payables | | $1,564,367 |
| BAIKOWSKI INTERNATIONAL CORP. | ATTN: JUSTIN OTTO VICE PRESIDENT/GENERAL MANAGER 6601 NORTHPARK BLVD., SUITE H CHARLOTTE, NC 28216 UNITED STATES | Trade Payables | | $1,530,920 |
| ATLANTA TRUST LTD | ATTN: CHIEF FINANCIAL OFFICER 615-623 ROMCES ROAD DARTFORD, DA2 6DY UNITED KINGDOM | Trade Payables | | $1,316,134 |
| HANGZHOU DAHE THERMO-MAGNETICS CO | ATTN: KENKAN GA VICE CHAIRMAN/PRESIDENT 777 BINKANG ROAD, BINJIANG DISTRICT HANGZHOU, ZHEJIANG PROVINCE, 310053 CHINA | Trade Payables | | $1,185,238 |
| AIRGAS USA, LLC | ATTN: ANDREW R. CICHOCKI PRESIDENT 259 N RADNOR CHESTER RD #100 RADNOR, PA 19087 UNITED STATES | Trade Payables | | $1,050,460 |
| RANOR, INC. | ATTN: GARTH G. HOYT, ESQUIRE C/O MCCAUSLAND, KEEN, BUCKMAN RADNOR COURT, SUITE 160 259 NORTH RADNER-CHESTER RD. RADNOR, PA 19087-5257 | Arbitration - Contract Dispute | Contingent, Unliquidated, Disputed | Undetermined |

|  | UNITED STATES |  |  |  |
|---|---|---|---|---|
| OXFORD INSTRUMENTS AUSTIN INC | ATTN: CHIEF FINANCIAL OFFICER 1340 AIRPORT COMMERCE DR #175 AUSTIN, TX 78741 UNITED STATES | Arbitration - Contract Dispute | Contingent, Unliquidated, Disputed | Undetermined |

[SIGNATURE PAGE FOLLOWS.]

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized officer of GTAT and its affiliated debtors in the above-captioned cases, declare under penalty of perjury that I have reviewed the consolidated list of creditors holdings 30 largest unsecured claims, submitted herewith, and that it is true and correct to the best of my information and belief.

Dated: October 6, 2014

Name: Hoil Kim
Title: General Counsel